# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HENRY P. MIDDLEBROOK,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 8:05cv409 |
| | ) SCHEDULING ORDER |
| **MICHAEL O. LEAVITT,** | ) |
| Defendant. | ) |

This matter came before the court for a planning conference. Henry P. Middlebrook, plaintiff, appeared *Pro Se*. Robert L. Homan, Assistant United States Attorney, represented the defendant. As per discussions concerning the scheduling of this case, the following deadlines will be established.

**IT IS ORDERED:**

1. **Motions to Dismiss.** All motions to dismiss including motions renewing issues already raised in previous motions to dismiss shall be filed **on or before July 10, 2006.**

2. **Motions for Summary Judgment.** All motions for summary judgment or partial summary judgment based upon qualified immunity shall be filed **on or before September 19, 2006. See** NECivR 56.1 and 7.1.

DATED this 19th day of June, 2006.

BY THE COURT:

s/FA Gossett
United States Magistrate Judge