## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HENRY P. MIDDLEBROOK,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV409 |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL O. LEAVITT,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The court received a correspondence from the plaintiff that was directed to the undersigned judge and defense counsel, together with evidentiary material and a disc. Although Judgment has been entered in this case, the Clerk of Court is directed to maintain the CD in a separate file and file the documents in the above-titled case under seal pursuant to the E-Government Act.

    SO ORDERED.

    DATED this 21st day of September, 2006.

                                            BY THE COURT:


                                            s/ Joseph F. Bataillon
                                            United States District Judge